Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 5 2024

_____
Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR 24 - 209 JLR |
| Plaintiff, | **INDICTMENT** |
| v. | |
| SAMUEL N. REZENE, | |
| Defendant. | |

The Grand Jury charges that:

### COUNT 1

### (Unlawful Possession of a Firearm)

On or about October 31, 2023, in King County, within the Western District of Washington, SAMUEL N. REZENE, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Indictment - 1
*United States v. Rezene*
USAO No. 2023R01209

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    i.    *VUCSA (Delivery of Cocaine)*, under cause number 07-1-01691-7, in King County Superior Court, Washington, on or about December 21, 2007;

    ii.    *Unlawful Possession of a Firearm in the First Degree* and *Promoting Prostitution in the Second Degree*, under cause number 08-1-05561-9, in King County Superior Court, Washington, on or about September 25, 2009;

    iii.    *Unlawful Possession of a Firearm in the First Degree*, under cause number 14-1-05604-1, in King County Superior Court, Washington, on or about June 15, 2016; and

    iv.    *Unlawful Possession of a Firearm*, under case number CR16-185 JLR, in the United States District Court for the Western District of Washington, on or about September 12, 2017;

Indictment - 2
*United States v. Rezene*
USAO No. 2023R01209

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock 19 9mm semi-automatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

DATED: 11/5/24

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

Indictment - 3
*United States v. Rezene*
USAO No. 2023R01209

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970